PER CURIAM.

(No. 75-CC-737—

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed June 20, 1975.*

MOBIL OIL CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.